# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138657

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

REZA CONWELL TATUM,
      Defendant-Appellant.

SC: 138657
COA: 279720
Wayne CC: 06-012021-01

_____/

      On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

d1214